**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80525-CIV-CANNON**

**PAVEL DMITRIYEV**, and
**OXANA DMITRIYEV,**

Plaintiffs,

v.

**ATTORNEY GENERAL BONDI, *et al*.,**

Defendants.
___________________________________/

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon Defendants' Motion to Dismiss Plaintiffs' Amended Complaint on Mootness Grounds (the "Motion") [ECF No. 14]. In the Amended Complaint, Plaintiffs request the issuance of "a writ of mandamus compelling Defendants to promptly adjudicate" Plaintiffs' then-pending immigration petitions [ECF No. 7 pp. 2–3]. Defendants' Motion reports that Defendants adjudicated and denied Plaintiffs' immigration petition, rendering the case moot [ECF No. 14 pp. 1–2]. Plaintiffs do not oppose Defendants' Motion, acknowledging that the adjudications of their immigration petitions "have resolved the relief sought in this mandamus action" [ECF No. 17].

Upon review, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Dismiss the Amended Complaint for Mootness [ECF No. 14] is **GRANTED**.
2. Plaintiffs' claims are **DISMISSED AS MOOT**.
3. The Clerk of Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of September 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record